**LAW OFFICES OF DAVID CARLEBACH, ESQ.**
**David Carlebach**
**55 Broadway**
**Suite 1902**
**New York, NY 10006**
**Tel: (212) 785-3041**
**Fax: (347) 472-0094**
**Email: david@carlebachlaw.com**

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------x

| | |
|---|---|
| **In re:** | **Chapter 11** |
| **199 EAST 7TH STREET LLC** | Case No. 14-13254 - SCC |
| **Debtor.** | |

-------------------------------------------------------x

## NOTICE OF APPEAL

David Carlebach, appeals under 28 U.S.C. § 158(a) to the United States District Court for the Southern District of New York from the following orders of the Bankruptcy Court:

(1) Decision and Order Entered on January 18, 2017, Granting Chapter 7 Trustee's Request to Direct the United States Marshals to Take David Carlebach into Custody and Hold Him in Their Custody until Such Time as He Purges His Civil Contempt (ECF # 154)

(2) Order Entered on January 19, 2017, Denying Motion to Quash (ECF # 158)

(3) Order Entered on January 19, 2017, Denying Motion to Vacate (ECF # 159)

The names of all the parties to the orders appealed from and the names, addresses and telephone numbers of their respective attorneys are as follows:

Appellant: David Carlebach represented *pro se* by:

        David Carlebach, Esq.
        The Law Office of David Carlebach, Esq.
        55 Broadway, Suite 1902
        New York, New York 10006
        Tel:  (212) 785-3041
        Email: david@carlebachlaw.com

Appellee: Albert Togut, Chapter 7 Trustee

        Neil Matthew Berger, Esq.
        Attorney for the Chapter 7 Trustee
        Togut Segal & Segal
        One Penn Plaza, Suite 3335
        New York, NY 10119
        (212) 594-5000

Dated: New York, New York
       January 23, 2017

                        **LAW OFFICE OF DAVID CARLEBACH, ESQ.**
                        Attorneys *pro se* for Appellant

                        By: /s/ David Carlebach
                            David Carlebach, Esq.
                            55 Broadway, Suite 1902
                            New York, New York 10006
                            Tel: (212) 785-3041